■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VINCENT LEMMA, Appellant. [607 NYS2d 983] —Appeal by the defendant from a judgment of the Supreme Court, Queens

County (Browne, J.), rendered November 10, 1992, convicting him of grand larceny in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Under the circumstances of this case, we find that the testimony of a gas station attendant regarding the defendant's demand that he turn over all his money, occurring just prior to the defendant's actual theft of moneys held by the attendant's co-worker, was properly admitted because it was both necessary to complete the narrative of events leading up to the crime charged *(see, People v Cook,* 42 NY2d 204; *People v Catala,* 198 AD2d 293), and was inextricably interwoven with the description of the events depicted *(see, People v Ventimiglia,* 52 NY2d 350; *People v Catala, supra).*

The defendant's remaining contentions are either unpreserved for appellate review or without merit *(see, People v Autry,* 75 NY2d 836; *People v Williams,* 50 NY2d 996). Thompson, J. P., Rosenblatt, Copertino and Hart, JJ., concur.